## The People of the State of Illinois ex rel. Iceleen Wilson, Appellee, v. Fred Cutler, Appellant.

### Gen. No. 6,254.   (Not to be reported in full.)

Appeal from the County Court of Knox county; the Hon. R. C. RICE, Judge, presiding. Heard in this court at the April term, 1916. Reversed and remanded. Opinion filed August 10, 1916.

### Statement of the Case.

Bastardy proceedings by the People of the States of Illinois, on the relation of Iceleen Wilson, plaintiff, against Fred Cutler, defendant. From a judgment of conviction, defendant appeals.

R. D. ROBINSON, for appellant.

A. J. BOUTELLE, for appellee; JOSIAH BABCOCK and M. J. DAUGHERTY, of counsel.

MR. PRESIDING JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

1. BASTARDS, § 22*—*what degree of proof required to establish charge.* It is incumbent on the prosecution to establish the charge of bastardy by the weight of evidence.

2. BASTARDS, § 22*—*when verdict against weight of evidence.* In bastardy proceedings where the only testimony on behalf of the plaintiff was the bare assertions of the prosecuting witness that defendant had intercourse with her and was the father of the child, which was flatly denied by the defendant, and there was the testimony of other unimpeached witnesses on behalf of defendant, strongly militating against the charge of paternity, *held* that a verdict finding defendent to be the father of the child was against the weight of evidence.

3. BASTARDS, § 62*—*when verdict set aside.* A verdict in bastardy proceedings which is against the weight of evidence should be set aside.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.